UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMES HARDISON                                                           PLAINTIFF

v.                                                     CIVIL ACTION NO. 3:12-CV-P187-S

TIMOTHY DENISON et al.                                     DEFENDANTS

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice for lack of subject-matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. See 28 U.S.C. § 1915(a)(3).

Date: December 19, 2012

Charles R. Simpson III, Judge
United States District Court

cc:    Plaintiff, *pro se*
       Defendants
4411.009